

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00322-CV

**IN THE INTEREST OF E.A.G.C.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA01121
Honorable Monique Diaz, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED October 30, 2024.

_____
Liza A. Rodriguez, Justice